IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**CRYSTAL BUSTER,**

    **Plaintiff,**

**v.**                                                   **No. 21-cv-1208 CG/SMV**

**BOARD OF COUNTY COMMISSIONERS FOR**
**LINCOLN COUNTY, CORRECTIONAL**
**SOLUTIONS GROUP, LLC, CARLOS MORALES,**
**CARLY REYNOLDS, ANITA HITTLE,**
**and STEVE CHAVEZ,**

    **Defendants.**

## ORDER SETTING TELEPHONIC STATUS CONFERENCE

**Date and time:**        June 28, 2022, at 10:30 a.m. MDT

**Matter to be heard:**  Case status and the Court's expectations regarding Initial Disclosures

A telephonic status conference is set for **June 28, 2022, at 10:30 a.m. MDT.** Counsel must call the Court's AT&T Conference Line, **(888) 363-4734 (access code: 4382538)**, to connect to the proceedings. The Court requests that counsel read Fed. R. Civ. P. 26(a)(1) (Required Disclosures—Initial Disclosures) prior to the status conference.

    **IT IS SO ORDERED.**

                                                      **STEPHAN M. VIDMAR**
                                                      **United States Magistrate Judge**