## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEW MEXICO

**CRYSTAL BUSTER,**

     **Plaintiff,**

v.                                                                           **No. 21-cv-1208 KG/SMV**

**BOARD OF COUNTY COMMISSIONERS FOR
LINCOLN COUNTY, CORRECTIONAL
SOLUTIONS GROUP, LLC, CARLOS MORALES,
CARLY REYNOLDS, ANITA HITTLE,
and STEVE CHAVEZ,**

     **Defendants.**

### ORDER SETTING TELEPHONIC STATUS CONFERENCE

**Date and time:**     August 23, 2022, at 1:30 p.m. MDT

**Matter to be heard:**  Case status and the Court's expectations regarding Initial Disclosures

A telephonic status conference is set for **August 23, 2022, at 1:30 p.m. MDT.**  Counsel must call the Court's AT&T Conference Line, **(888) 363-4734 (access code: 4382538),** to connect to the proceedings.  The Court requests that counsel read Fed. R. Civ. P. 26(a)(1) (Required Disclosures—Initial Disclosures) prior to the status conference.

     **IT IS SO ORDERED.**


_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**