IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

CRYSTAL BUSTER,

      Plaintiff,

v.                                                            No. 2:21-cv-01208-MLG-JHR

BOARD OF COUNTY COMMISSIONERS FOR
LINCOLN COUNTY, CORRECTIONAL
SOLUTIONS GROUP, LLC, CARLOS MORALES,
individually and in his official capacity, CARLY
REYNOLDS, individually, ANITA HITTLE,
individually, and STEVE CHAVEZ, individually,

      Defendants.

## ORDER GRANTING STIPULATED MOTION TO EXTEND SCHEDULING ORDER DEADLINES

THIS MATTER, having come before the Court on the Stipulated Motion to Extend Scheduling Order Deadlines ("Motion"), the Court having considered the Motion and being otherwise advised in the premises, and all parties being in agreement, finds that the Motion is well-taken and should be granted;

IT IS THEREFORE ORDERED that the deadlines imposed by this Court's Scheduling Order entered on October 25, 2022 (Doc. 41), as modified by this Court's Order Granting Stipulated Motion to Extend Scheduling Order Deadlines (Docs. 49, 75), are hereby extended as follows:

| Event | Current Deadline | New Deadline |
|---|---|---|
| Plaintiff to identify expert trial witnesses and provide expert reports | May 23, 2023 | July 24, 2023 |
| Defendants to identify expert trial witnesses and provide expert reports | June 22, 2023 | August 21, 2023 |
| Termination of discovery | July 24, 2023 | September 22, 2023 |
| File motions related to discovery | August 14, 2023 | October 13, 2023 |

IT IS SO ORDERED.

_____
THE HONORABLE JERRY H. RITTER
UNITED STATES MAGISTRATE JUDGE

Submitted by:

COYTE LAW, P.C.
*/s/ Matthew E. Coyte*
Matthew E. Coyte
3800 Osuna Road NE, Suite 2
Albuquerque, NM 87109
(505) 244-3030
mcoyte@me.com

-and-

LAW OFFICE OF MATTHEW VANCE, P.C.
*/s/ Lisa Y. Schatz-Vance*
Lisa Y. Schatz-Vance
Matthew Vance
3800 Osuna Road NE, Suite 2
Albuquerque, NM 87109
(505) 242-6267
lisa@mattvancelaw.com
mattvance@mattvancelaw.com
*Attorneys for Plaintiff*

Approved:

LORBER, GREENFIELD & POLITO, LLP
*Approved via email on 04/27/2023*
Louis Horowitz
Joseph M. Winsby
820 Second Street NW
Albuquerque, NM 87102
800-291-3062
lhorowitz@lorberlaw.com
jwinsby@lorberlaw.com
*Attorneys for Defendants Board of County Commissioners*
*For Lincoln County, Correctional Solutions Group, LLC,*
*Carlos Morales and Steve Chavez*

DIXON, SCHOLL & CARRILLO, P.A.
*Approved via email on 04/24/2023*
Spring Schofield
6700 Jefferson NE, Building B, Suite 1
Albuquerque, NM 87109
(505) 244-3890
sschofield@dsc-law.com
*Attorney for Defendants Carly Reynolds and Anita Hittle*