IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

CRYSTAL BUSTER,

    Plaintiff,

v.                            Case No. 2:21-cv-01208-MLG-JHR

BOARD OF COUNTY COMMISSIONERS FOR
LINCOLN COUNTY, CORRECTIONAL
SOLUTIONS GROUP, LLC, CARLOS MORALES,
individually and in his official capacity, CARLY
REYNOLDS, individually, ANITA HITTLE,
individually, and STEVE CHAVEZ, individually,

    Defendants.

## ORDER OF DISMISSAL WITH PREJUDICE

This matter is before the Court on the parties' Joint Motion to Dismiss with Prejudice all of Plaintiff's Claims against Defendants Steve Chavez and Carlos Morales. Doc. 227. The Court, having considered the motion and being otherwise fully informed, finds that the motion is well taken and is therefore granted.

Buster's claims against Chavez and Morales in their individual capacities are hereby dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2).

It is so ordered.

                                          UNITED STATES DISTRICT JUDGE
                                          MATTHEW L. GARCIA